# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 15-1363**                  **September Term, 2015**

EPA-80FR64662

**Filed On: December 16, 2015** [1588889]

State of West Virginia, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Regina A. McCarthy, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 15-1364, 15-1365,
15-1366, 15-1367, 15-1368, 15-1370,
15-1371, 15-1372, 15-1373, 15-1374,
15-1375, 15-1376, 15-1377, 15-1378,
15-1379, 15-1380, 15-1382, 15-1383,
15-1386, 15-1393, 15-1398, 15-1409,
15-1410, 15-1413, 15-1418, 15-1422,
15-1432, 15-1442, 15-1451

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 15-1451 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | January 15, 2016 |
| Statement of Issues to be Raised | January 15, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       John J. Accursio
       Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form